UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **R. ALEXANDER ACOSTA**, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> **AC PALLETS LLC**, an Illinois limited liability company, **CESAR MALVAEZ MUNOZ** and **ALEJANDRO MALVAEZ MUNOZ**, individually <br><br> Defendants. | Civil action no.: 1:18-cv-03953 <br><br> Judge Sara L. Ellis |

**JOINT MOTION FOR
ENTRY OF CONSENT JUDGMENT**

Plaintiff, **R. ALEXANDER ACOSTA,** Secretary of Labor, United States Department of Labor ("Plaintiff"), filed a complaint against **AC PALLETS LLC**, an Illinois limited liability company, **CESAR MALVAEZ MUNOZ** an individual, and **ALEJANDRO MALVAEZ MUNOZ**, an individual, (collectively, "Defendants"), alleging violations of sections 7, 11 and 15 of the Fair Labor Standards Act of 1938, as Amended, 29 U.S.C. § 201 *et. seq.* ("the Act"). Plaintiff and Defendants have signed a consent judgment, attached hereto, which resolves the matter and respectfully request that the Court enter it. Defendants have granted permission to Plaintiff to file this motion on behalf of both parties.

**WHEREFORE**, the parties respectfully request that the Court enter the attached consent judgment.

                        Respectfully submitted,

                        **KATE S. O'SCANNLAIN**
                        Solicitor of Labor

                        **CHRISTINE Z. HERI**
                        Regional Solicitor

                        s/ *Margaret A. Sewell*
                        **MARGARET A. SEWELL**
                        Senior Trial Attorney

                        Attorneys for Plaintiff, **R. ALEXANDER ACOSTA,** Secretary of Labor

                        U.S. Department of Labor
                        Office of the Solicitor
                        230 South Dearborn Street, Suite 844
                        Chicago, IL  60604
                        Telephone: (312) 353-3481
                        Fax: (312) 353-5698
                        E-mail: sewell.margaret@dol.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT** and the executed consent judgment have been filed via the Court's ECF-filing system and served on the below-named individual via email and U.S. mail this 11th day of June, 2018.

        Nicholas Giordano
        1111 S. Prospect Avenue
        Park Ridge, Illinois 60068
        847-825-8855
        law@ncgesq.com

        s/ *Margaret A. Sewell*
        **MARGARET A. SEWELL**
        Senior Trial Attorney